

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00285-CV

**IN THE INTEREST OF J.L., J.L. AND J.L.,** children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00467
Honorable David A. Canales, Judge Presiding

## O R D E R

After Appellant failed to pay the filing fees or the cost to prepare the clerk's record, on June 17, 2015, we suspended the appellate deadlines and ordered Appellant to file a docketing statement, and pay the filing fees and the costs to prepare the appellate record. On June 26, 2015, Appellant paid the $195.00 filing fee.

Our June 17, 2015 order is satisfied in part; Appellant must comply with the order in full. We reinstate the appellate deadlines. The appellate record is due within THIRTY DAYS of the date of this order. *See* TEX. R. APP. P. 35.1; *id.* R. 2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court